IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| MELVIN HOLLIMON | § | PLAINTIFF |
| --- | --- | --- |
| | § | |
| v. | § Civil Action No. 1:07cv1282HSO-JMR | |
| | § | |
| | § | |
| JOHN E. POTTER, | § | |
| POSTMASTER GENERAL | § | DEFENDANT |

## FINAL JUDGMENT

This matter came on to be heard on the Motion [22] of Defendant John E. Potter, Postmaster General of the United States of America, to Dismiss or, in the alternative, for Summary Judgment, filed on or about April 17, 2009. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is hereby rendered in favor of Defendant United States of America, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6) and 56. This Civil Action is hereby dismissed with prejudice. All remaining pending motions are hereby denied as moot.

**SO ORDERED AND ADJUDGED**, this the 7th day of July, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE